No. 571. EDELMAN, STATE TREASURER, ET AL. *v.* BOEING AIR TRANSPORT, INC. February 6, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the

Tenth Circuit granted. *Messrs. James A. Greenwood, Richard J. Jackson, George W. Ferguson,* and *T. S. Taliaferro, Jr.,* for petitioners. *Messrs. John W. Lacey, Elmer E. Todd, William M. Allen,* and *Clarence R. Innis* for respondent.